GARY M. RESTAINO
United States Attorney
District of Arizona
REBECCA S. GARVEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rebecca.garvey@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED
**Sep 14 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Alvino Reynova-Hernandez,

Defendant.

CR-22-02025-JAS-MSA
No. 22-03443M (MSA)

I N F O R M A T I O N

Violation: 8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
**Felony**

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about August 18, 2022, in the District of Arizona, Alvino Reynova-Hernandez, knowing and in reckless disregard of the fact that certain aliens, including Elezar Iglesias-Silva and Modesto Correa-Ozuna, had come to, entered and remained in the United States in violation of law, did transport and move said aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

GARY M. RESTAINO
United States Attorney
District of Arizona

REBECCA GARVEY
Digitally signed by REBECCA GARVEY
Date: 2022.09.06 11:37:14 -07'00'

_____
Date

REBECCA S. GARVEY
Assistant U.S. Attorney